# EXHIBIT B

| US Patent US RE41,685 | | FEIT Electric Smart WiFi LED Color Changing and Dimmable A19 Light Bulb |
|---|---|---|
| 10. A light source | | The FEIT Electric Smart WiFi LED Color Changing and Dimmable A19 Light Bulb is a light source. |
| comprising: an optical cavity; | | The opaque plastic dome creates an optical cavity. |
| a plurality of first light-emitting diodes each of which is a phosphor light-emitting diode that emits white light, | | The bulb has 24 white LEDs. Each white LED is a phosphor LED that emits white light. |

| | | |
|---|---|---|
| *each first light-emitting diode comprising a diode encased in a light-transmitting package;* | *Light transmitting pckage* | Each first LED is encased in a light trasmittig package. |
| *a plurality of second light-emitting diodes each of which emits non-white light, each second light-emitting diode comprising a diode encased in a light-transmitting package;* | *Non-white LED in a transmitting pckage* | Each bulb has 6 non-white TRI SMDs with Red, Green, and Blue LEDs.<br><br>Each non-white LED is encased in a light transmitting package. |
| *wherein the first and second light-emitting diodes are arranged to emit light into the optical cavity such that mixing of spectral outputs from the first and second light-emitting diodes occurs in the optical cavity.* | | The white, red, green, and blue LEDs are arranged to mix light spectral outputs within the optical cavity. |



| | | |
|---|---|---|
| *11. A light source of claim 10, further comprising at least one third light-emitting diode having a spectral output different from those of the first and second light-emitting diodes.* | Blue LED | Each bulb has a third LED (blue) that has a spectral output different than the first (white) and second (red) LED's. |
| *12. A light source of claim 11, wherein the spectral output of the second light-emitting diodes is a red output.* | RED LED | Each bulb second non-white (red) LED encased in a light transmitting package. |
| *13. A light source of claim 11, wherein the spectral output 65 of the third light-emitting diode is a green output.* | Green LED | Each bulb has a third (green) LED encased in a light transmitting package. |

| | | |
|---|---|---|
| *14. A light source of claim 13, further comprising at least one fourth light-emitting diode having a blue output.* |  | Each bulb has a fourth (blue) LED encased in a light transmitting package. |